# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC;
FEDERAL HOME LOAN MORTGAGE
CORPORATION,

               Plaintiff.

v.

INVEREST, LLC,

               Defendant.

Case No.: 3:17-CV-00092-RCJ-VPC

**AMENDED ORDER**

---

On May 9, 2018, Plaintiff filed a Motion for Default Judgment against Defendant Inverest, LLC (ECF No. 22). Accordingly,

IT IS HEREBY ORDERED that the Motion Hearing currently set for 10:00 A.M., Monday, June 18, 2018, in RENO COURTROOM 3, before Judge Robert C. Jones is VACATED.

IT IS FURTHER ORDERED that the Motion Hearing is RESCHEDULED to 09:00 A.M., Friday, June 15, 2018, in RENO COURTROOM 3 (VIA TELE-VIDEO) AND in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones. Parties may appear in either Reno or Las Vegas Courtroom.

IT IS SO ORDERED this 7th day of June, 2018.

_____
ROBERT C. JONES
SENIOR DISTRICT JUDGE