# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

NATIONSTAR MORTGAGE LLC; FEDERAL
HOME LOAN MORTGAGE CORPORATION,

          JUDGMENT IN A CIVIL CASE

    Plaintiffs,

v.          Case Number:  **3:17-cv-00092-RCJ-VPC**

INVEREST LLC,

    Defendant.

___   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in Plaintiffs' favor that Inverest acquired its ownership interest in real property located at 7680 Bluestone Drive, Unit 341, Reno, Nevada 89511, APN 164-091-30 subject to the senior deed of trust recorded against the property on June 22, 2007, at Instrument No. 3546881.

**IT IS FURTHER ORDERED AND ADJUDGED** that the nonjudicial foreclosure conducted pursuant to the senior deed of trust, Instrument No. 3546881, was proper and the trustee's deed upon sale, Instrument No. 4416809, recorded on December 8, 2014 evidencing that Freddie Mac took title to the property at 7680 Bluestone Drive, Unit 341, Reno, Nevada 89511, APN 164-091-30, is valid.

**IT IS FURTHER ORDERED AND ADJUDGED** that title is quieted in the name of Freddie Mac.

  June 19, 2018                                     DEBRA K. KEMPI
Date                                                   Clerk

                                                       /s/L. Haywood
                                                       Deputy Clerk